ORIGINAL

hocogcruzcpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00016 |
| ) | |
| Plaintiff, ) | **COMPLAINT** |
| ) | |
| vs. ) | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** |
| ) | |
| LEILANIE CHRISTINE HOCOG-CRUZ, ) | |
| ) | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. ) | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about April 29, 2006, in the District of Guam, the defendant herein, LEILANIE CHRISTINE HOCOG-CRUZ, did knowingly and intentionally attempt to possess with intent to distribute over fifty (50) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

COMPLAINANT FURTHER STATES:

1) On April 29, 2006, the DEA Agents intercepted a Federal Express package bearing FedEx tracking number 855476452322. This package had been shipped from San Francisco, California, to Guam on April 26, 2006. The package was addressed to a business identified as Trattor-You, Blue Lagoon Plaza, Lower Tumon, Guam. Agents submitted the package to examination by two drug detection canines. Both canines indicated that the package contained an unidentified drug substance.

2) The above information was provided to Federal Express management personnel who authorized agents to open the package. The package was found to contain ten (10) cellophane rolls of a white crystalline-like material with a weight of approximately 80 gross grams. A field test of the substance produced a positive indication for the presence of methamphetamine. Agents substituted sham for the suspected controlled substance, put a monitoring device into the package, resealed it, and returned it to Federal Express.

3) On May 1, 2006, agents attempted a controlled delivery of the package at the Federal Express office in Tamuning, Guam. At approximately 10:10 a.m., Leilanie Christine Hocog-Cruz and Michele Aflleje Santos arrived at the Federal Express office; Hocog-Cruz was driving a 1992 Toyota 4x4 pick up truck, Guam license 9860 MSR. Santos retrieved the package from Federal Express and left with Hocog-Cruz. Both were subsequently arrested in possession of the package after a monitoring device indicated the package had been opened.

4) A search of the vehicle incident to the arrest of Hocog-Cruz and Santos revealed a purse belonging to Hocog-Cruz which contained six (6) glass pipes (drug paraphernalia) and one cellophane wrapper identical in composition to the material found in the Federal Express

2

package. The package itself had not been breached.

5) Santos made the following statement. Hocog-Cruz had contacted her earlier that morning to accompany her while Hocog-Cruz paid a post office bill. As Hocog-Cruz was driving to the post office, she telephoned Federal Express and asked whether a parcel had arrived addressed to Trattor-You at the Blue Lagoon Plaza. Upon being advised the package was available for pick-up, Hocog-Cruz drove to the FedEx office and asked Santos to retrieve the package, which she said contained documents. Santos subsequently signed for the package and returned to Hocog-Cruz's vehicle. Santos observed Hocog-Cruz examine the package by bending it. Santos advised she was unaware of the contents of the package but that it did not appear to contain documents.

FURTHER AFFIANT SAYETH NAUGHT.

_____
PAUL GRIFFITH
Special Agent, Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this 2nd day of May, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3