| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00016**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes ____ No

Defendant Name _____Leilanie Christine Hocog-Cruz_____

Alias Name _____

Address _____

Birthdate __1977__  SS# ____  Sex __F__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED MAY - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Attempted Possession w/Intent to Distribute Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __5/2/06__   Signature of AUSA: __Karon V. Johnson__