LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Leilanie Christine Hocog-Cruz*

FILED
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANIE CHRISTINE HOCOG-CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00016<br><br>**STIPULATION FOR CONTINUANCE ON BAIL HEARING** |

The parties hereby stipulate to continue the bail hearing scheduled for May 4, 2006 at 2:00 p.m. to May 9, 2006 at _____ m. This continuance is requested by the defense counsel to ensure that bail issues are completed in advance of the bail hearing.

IT IS SO STIPULATED this 4th day of May, 2006.

LUJAN AGUIGUI & PEREZ LLP

*(signature)*

**ANTHONY C. PEREZ, ESQ.**
*Attorney for Defendant Leilanie*
*Christine Hocog-Cruz*

LEONARDO M. RAPADAS
United States Attorney

*(signature)*

**KARON V. JOHNSON, ESQ.**
Assistant U.S. Attorney

ORIGINAL