1  **LUJAN AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Defendant*
   *Leilanie Christine Hocog-Cruz*
6

**FILED**

DISTRICT COURT OF GUAM

MAY - 4 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

7          **IN THE UNITED STATES DISTRICT COURT**

8                  **TERRITORY OF GUAM**

9

10  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR06-00016

11              vs.
                                       **ORDER**
12  LEILANIE CHRISTINE HOCOG-CRUZ,     **Granting Continuance of Detention Hearing**

13

14              Defendant.

15      Whereas, the Stipulation for Continuance was filed on May 4, 2006.

16      Whereas, the Court having reviewed the record filed herein, and being fully apprised in

17  the premises, NOW THEREFORE,

18

19      **IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The

20  detention hearing previously set for May 4, 2006, shall be continued to May 9, 2006 at 10:00 a.m.

21

22  Dated: May 4, 2006

23                              JOAQUIN V.E. MANIBUSAN, JR.
                                    U.S. Magistrate Judge

24

25

26

27              **ORIGINAL**

28