1  lelainehocogind

2  LEONARDO M. RAPADAS
3  United States Attorney
   KARON V. JOHNSON
4  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
5  108 Hernan Cortez Ave.
6  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
7  FAX: (671) 472-7334

8  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | **INDICTMENT** |
| vs. | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** |
| LEILANIE CHRISTINE HOCOG, | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about April 29, 2006, in the District of Guam, the defendant herein, LEILANIE CHRISTINE HOCOG, did knowingly and intentionally attempt to possess with intent to

//

1

distribute over fifty (50) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED this 10th day of May 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2