1  lelainehocogind

2
   LEONARDO M. RAPADAS
3  United States Attorney
   KARON V. JOHNSON
4  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
5  108 Hernan Cortez Ave.
6  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
7  FAX: (671) 472-7334

**FILED**

DISTRICT COURT OF GUAM

MAY 1 0 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

8  Attorneys for the United States of America

9

10

11                IN THE UNITED STATES DISTRICT COURT

12                   FOR THE TERRITORY OF GUAM

13

14 UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. 05-00016
                                      )
15                     Plaintiff,     )         **INDICTMENT**
                                      )
16                                    )
                                      )  **ATTEMPTED POSSESSION**
17        vs.                         )  **WITH INTENT TO DISTRIBUTE**
                                      )  **METHAMPHETAMINE**
18 LEILANIE CHRISTINE HOCOG,          )  [21 U.S.C. §§ 841(a)(1) & 846]
                                      )
19                     Defendant.     )
                                      )
20 ─────────────────────────────────

21 THE GRAND JURY CHARGES:

22

23      On or about April 29, 2006, in the District of Guam, the defendant herein, LEILANIE

24 CHRISTINE HOCOG, did knowingly and intentionally attempt to possess with intent to

25

26 //

27

28                                    1

distribute over fifty (50) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED this 10th day of May 2006.

A TRUE BILL.


_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney


_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2