# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**LEILANIE CHRISTINE HOCOG**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-06-0001 |

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Thurday, May 18, 2006 at 9:45 a.m.** |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    **21**    United States Code, Section(s)    **841(a)(1) & 846**

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 10, 2006**
Date

# RETURN OF SERVICE

Service was made by me on:[1]     Date   5/11/2006

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:    DOC

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   5/11/06
           Date

J. Solar
Name of United States Marshal

V. Roman
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.