IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00016          DATE: 05/18/2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:52:58 - 9:56:57          CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: **LEILANIE CHRISTINE HOCOG**          ATTY: **PETER PEREZ**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS          AGENT: PAUL GRIFFITH, D.E.A.

U.S. PROBATION: STEPHEN GUILLIOT          U.S. MARSHAL: C.. MARQUEZ / V. ROMAN

PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT RE INDICTMENT

( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___    HIGH SCHOOL COMPLETED: 11TH GRADE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES
       DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( X ) INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*   ( X ) *NOT GUILTY* - TO: CHARGE CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.
( X ) TRIAL SET FOR: JUNE 29, 2006 at 9:30 A.M.
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

Government counsel stated that there is a typographical error in the indictment and requested the Court to amend the case number on the indictment to read CR-06-00016. No objection. GRANTED. Defense counsel stated that he is in the process of obtaining third-party custodians for his client. The Court instructed counsel to have the third-party custodians make an appointment for interview with probation and once it is completed he may file his motion.