# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

          Plaintiff,

     vs.

Leilanie Christine Hocog,

          Defendant.

Case No. 1:06-cr-00016

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Trial Order filed May 18, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*                                                   *Peter Perez*
*May 19, 2006*                                                               *May 19, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Trial Order filed May 18, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 19, 2006                                          /s/ Marilyn B. Alcon
                                               Deputy Clerk