LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Leilanie Christine Hocog*

FILED
DISTRICT COURT OF GUAM

JUN 1 4 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>-vs-<br>LEILANIE CHRISTINE HOCOG,<br><br>    Defendant. | CRIMINAL CASE NO. CR 06-00016<br><br>**JOINT MOTION FOR CONTINUANCE OF TRIAL** |

The United States Attorney for Guam and Counsel for the Defendant, Leilanie Hocog, pursuant to GR 6.1 of the Local Rules of Practice of the District Court of Guam, respectfully move the Court to continue the dates scheduled in this action including the motion cut off, pretrial and trial dates until on or after August 2006.

Counsel represent that each is preparing the case for trial with diligence, but that a continuance is required on the following grounds:

    a. Laboratory reports regarding the methamphetamine alleged in the Indictment remain to date unavailable;

    b. The parties need the laboratory reports in order to determine whether an offense occurred and if so whether or not certain sentencing provisions apply to the offense;

    c. This information is also necessary in order to facilitate the parties' ongoing plea discussions or alternatively, the defense's approach to strategy;

d.  Counsel for the Appellant will be absent from his office and Guam from June 20 through at least July 12, 2006;

e.  The absence is occasioned by the following:

   i.  Counsel will be accompanying his wife and four children, who range in age from 6 months to 14 years to Los Angeles CA;

   ii.  The trip is necessitated by the fact that Counsel's five-year-old son must receive specialized ophthalmology treatment from specialists at UCLA and his nine-year-old daughter must receive specialized pediatric cardiac care from specialists at UCLA;

   iii.  No physician on Guam is qualified to provide the care required for the children and the appointments for the children have been arranged by referral from attending physicians in Guam;

   iv.  In addition, counsel's mother is scheduled to undergo surgery, also at UCLA on June 21.

   v.  Additionally, the assistant United States Attorney assigned to the case is scheduled to be off island for training purposes during the currently scheduled dates.

**RESPECTFULLY SUBMITTED** this 14th day of June, 2006.

| | |
|---|---|
| **LEONARDO M. RAPADAS, ESQ.**<br>**United States Attorney**<br>**Districts of Guam and NMI** | **LUJAN AGUIGUI & PEREZ** LLP |
| *[signature]*<br>**ROSETTA SAN NICOLAS, ESQ.**<br>Assistant United States Attorney | *[signature]*<br>**PETER C. PEREZ, ESQ.**<br>*Counsel for Leilanie Hocog* |