LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilanie Christine Hocog*

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEILANIE CHRISTINE HOCOG, <br><br> Defendant. | CRIMINAL CASE NO. 06-00016 <br><br> **ORDER** <br> **Granting Continuance of Trial** |

The United States Attorney for Guam and Counsel for the Defendant, Leilanie Christine Hocog, having moved jointly pursuant to GR 6.1 of the Local Rules of Practice of the District Court of Guam, to continue the trial of this action; and

The Court having found that counsel are preparing the case with diligence but that compelling circumstances warrant a continuance,

**IT IS ORDERED** that the trial of this action, presently set for June 29, 2006, shall be continued to August 22, 2006, at 1:30 p.m.

**IT IS FURTHER ORDERED** that a pretrial conference shall take place on August 21, 2006, at 9:30 a.m.; and that all pretrial motions shall be filed no later than August 1, 2006.

**IT IS FURTHER ORDERED** that the trial documents listed in this Court's Trial Order of May 18, 2006 (Docket No. 15) shall be filed or lodged no later than August 15, 2006.

///

**IT IS FURTHER ORDERED** that the period of time commencing June 14, 2006, through August 22, 2006, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A), based on the Court's finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial, since failure to grant such a continuance would unreasonably deny the Defendant continuity of counsel and would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO ORDERED this 15th day of June 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam