LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Leilani C. Hocog*



FILED
DISTRICT COURT OF GUAM

JUN 16 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEILANI C. HOCOG,<br><br>    Defendant. | CRIMINAL CASE NO. 06-000016<br><br>REQUEST FOR HEARING REGARDING DEFENDANT'S DETENTION |

Defendant Leilani C. Hocog respectfully requests a hearing before the Honorable Joaquin V.E. Manibusan regarding her detention, as she has three third party custodians which she would like to present to the Court for consideration. As defense counsel will in a matter of days travel off-island due to family medical reasons, Ms. Hocog requests that such a hearing be scheduled for the afternoon of June 16, 2006, before 3:00 p.m. Counsel for the Government has informed counsel for Ms. Hocog that it is agreeable to a hearing regarding Ms. Hocog's detention being scheduled at the requested date and time.

Dated: 6/16/06

LUJAN AGUIGUI & PEREZ LLP

By: _____ for
PETER C. PEREZ, ESQ.
*Attorneys for Leilani C. Hocog*