LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>LEILANI C. HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. 06-00016<br><br><br>**CERTIFICATE OF SERVICE** |

I, PETER C. PEREZ, ESQ., do hereby declare under penalty of perjury that on the 16th day of June, 2006, I caused a copy of the REQUEST FOR HEARING REGARDING DEFENDANT'S DETENTION to be served via hand delivery on the following:

Rosetta San Nicolas, Esq.
Assistant Attorney General
Office of the United States Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagåtña, Guam 96910

Office of the United States Probation
2nd Floor, United States Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 16th day of June, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____ for
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Leilani C. Hocog*