LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-000016 |
| Plaintiff, | |
| vs. | ORDER |
| LEILANIE C. HOCOG, | |
| Defendant. | |

Having considered Defendant Leilanie C. Hocog's Request for a Hearing Regarding Her Detention, filed herein June 16, 2006, the Court grants Defendant's request. A hearing regarding Defendant's detention shall be set for June 16, 2006, at 2:30 p.m., before the Honorable Joaquin V.E. Manibusan, Jr.

IT IS SO ORDERED.

Dated: June 16, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge