DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 06-00016          DATE: June 16, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Marilyn B. Alcon
Hearing Electronically Recorded - (RUN TIME: 3:00:27 - 4:13:14)          CSO: Lydia Ogo

****************** APPEARANCES ******************

**DEFT: LEILANIE CHRISTINE HOCOG**          **ATTY : PETER PEREZ**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.          (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS          AGENT:

U.S. PROBATION: CARLEEN BORJA          U.S. MARSHAL: D. PUNZALAN

**PROCEEDINGS:          DETENTION HEARING**

(X) MOTION(s) ARGUED BY     (X) GOVERNMENT     (X) DEFENDANT(s)
(X) MOTION(s)  X Granted  ___Denied  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL FOR PROCESSING

**NOTES:**

Defense counsel argued his motion and stated his reasons. Government objected to defendant being release and stated her reasons.

The Court called Ms. Rosalind Hocog, third-party custodian, to the stand. The Court questioned Ms. Hocog regarding her ability to be a third-party custodian.

The Court granted defense counsel's motion to release the defendant to a third-party custodian. Defendant released with strict conditions imposed by the Court.

Courtroom Deputy: nba

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( X ) (6) The defendant is placed in the custody of:
(Name of person or) **Rosalina Santos Hocog**
(Address) _____
(City and) **Dededo, Guam** (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____ _____
Custodian or Proxy      Date

( X ) (7) The defendant shall:
- ( X ) (a) report to the **U.S. PROBATION OFFICE.** telephone number **473-9201**, not later than **AS DIRECTED**.
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
- ( ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- (X) (g) surrender any passport to: **Clerk of Court, District Court of Guam, 4th Floor, U.S. Courthosue, 520 West Soledad Avenue, Hagatna, GU. If defendant does not possess a passport, she must surrender her birth certificate and not apply for another copy.**
- (X) (h) obtain no passport.
- (X) (i) abide by the following restrictions on personal association, place of abode, or travel: **Maintain a fixed residence and not change residence without permission of the U.S. Probation Office.**
- (X) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: **Michelle Santos. The defendant may not associate with any convicted felons. She can only have contact with mother, sister, Gerald Ungacta and brother Luis Hocog.**
- ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as _____
- ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising
- (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- (X) (o) refrain ( X ) any ( ) excessive use of alcohol.
- (X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- (X) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- (X) (t) participate in one of the following home confinement program components and abide by all the requirements of the ( X ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon to pay as determined by the pretrial services office or supervising officer.
  - ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  - ( X ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- (X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- (X) (v) **Stay away from all ports of entry and exit.**
- (X) (w) **Not leave Guam without permission of the U.S. Probation Office and the Court.**
- (x) (x) **Obey all federal, state and local laws.**