1   **LUJAN AGUIGUI & PEREZ** LLP
    Attorneys at Law

2   Pacific News Building, Suite 300
    238 Archbishop Flores Street

3   Hagåtña, Guam 96910
    Telephone (671) 477-8064/5

4   Facsimile (671) 477-5297

5   *Attorney for Leilani C. Hocog*

**FILED**

DISTRICT COURT OF GUAM

JUL 6 2006  mbc

**MARY L.M. MORAN**
**CLERK OF COURT**

6                    **IN THE DISTRICT COURT OF GUAM**

7   UNITED STATES OF AMERICA,              )    CRIMINAL CASE CR06-00016
                                           )
8                  Plaintiff,              )
                                           )
9          vs.                             )    STIPULATION
                                           )
10  LEILANI C. HOCOG,                      )
                                           )
11                 Defendant.              )
                                           )
12  _____)

13          The Parties herein Stipulate that Defendant's condition of release be modified to allow

14  the following relatives to visit Defendant, at Defendant's place of residence:

15          1)      Luis T. Hocog and Lourdes S. Hocog, Defendant's paternal grandparents.
            2)      The four (4) minor children of Roxanne Hocog.
16          3)      The seven (7) minor children of Luis C. Hocog and Bernice Similiano.

17          All other release conditions shall remain in full force and effect.

18          Dated: 7~5~0 6                  **LUJAN AGUIGUI & PEREZ** LLP
19                                          **Attorneys for Defendant, Leilani C. Hocog**

20

21                                          BY: _____,
22                                              **DAVID J. LUJAN, ESQ.,**

23          Dated: 7/6/0 6                  **OFFICE OF THE UNITED STATES**
                                            **ATTORNEY**
24

25                                          BY: _____,
26                                              **ROSETTA L. SAN NICOLAS**

27

28  STIPULATION
    USA vs. LEILANI C. HOCOG
    CRIMINAL CASE NO. CR06-00016

                                    **ORIGINAL**