LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorney for Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEILANIE ~~LEILANI~~ C. HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. 06-00016<br><br>**ORDER**<br>Approving Stipulation to Modify<br>Conditions of Pretrial Release |

The Court, having reviewed the Stipulation executed by both Parties to which the United States Pretrial Service has no objections, and good cause appearing:

IT IS HEREBY ORDERED that the Defendant's condition of release be modified to allow the following relatives to visit the Defendant at her place of residence:

1) Luis T. Hocog and Lourdes S. Hocog, the Defendant's paternal grandparents;
2) The four (4) minor children of Roxanne Hocog; and
3) The seven (7) minor children of Luis C. Hocog and Bernice Similiano.

IT IS SO ORDERED.

Dated: July 7, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORDER
USA vs. LEILANI C. HOCOG
CRIMINAL CASE NO. CR06-00016