1 | LEONARDO M. RAPADAS
United States Attorney
2 | ROSETTA SAN NICOLAS
Assistant U.S. Attorney
3 | Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4 | Agana, Guam 96910
Telephone: (671) 472-7332/7283
5 | Telecopier: (671) 472-7334

6 | Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>LEILANI [handwritten: LEILANIE ¾·] CHRISTINE HOCOG,  )<br>  )<br>Defendant.  ) | CRIMINAL CASE NO. 06-00016<br><br>**GOVERNMENT'S MOTION TO CORRECT NAME SPELLING** |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court to correct the spelling of the defendant's first name. The correct spelling is LEILANI CHRISTINE HOCOG instead of LEILANIE CHRISTINE HOCOG.

Respectfully submitted this 13 day of July 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney