LEONARDO M. RAPADA United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00016 |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| LEILANI CHRISTINE HOCOG, ) | United States' Application To Seal Record |
| Defendant. ) | |

The United States' application to seal the record in the above-entitled case is hereby granted.

**SO ORDERED** this 17th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge