LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00016 |
| Plaintiff, | **O R D E R** |
| vs. | **Government's Motion to Correct Name Spelling** |
| LEILANIE CHRISTINE HOCOG, | |
| Defendant. | |

IT IS SO ORDERED that the correct spelling of the name will be LEILANI CHRISTINE HOCOG. Accordingly, all documents hereafter will reflect the correct spelling.

July 31, 2006
DATE

JAMES WARE
Designated Judge
District Court of Guam

**ORIGINAL**