# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00016                    DATE: August 04, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present                  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:29:39 - 10:32:23
CSO: F. Tenorio / B. Pereda

**APPEARANCES:**
Defendant: Leilani Christine Hocog          Attorney: Peter C. Perez
☑ Present  ☐ Custody  ☐ Bond              ☑ Present  ☑ Retained  ☐ FPD
☑ P.R.                                     ☐ CJA

U.S. Attorney: Rosetta San Nicolas         U.S. Agent: Paul Griffith & Barbara Tayama, D.E.A.

U.S. Probation: Carleen Borja              U.S. Marshal: None Present
Interpreter:                               Language:
☐ Sworn  ☐ Previously Sworn

**PROCEEDINGS: Change of Plea (Sealed)**
- Parties stipulated to a continuance. The Court Granted the continuance and stated that the trial date will not be moved and instructed parties to file the necessary pleadings if additional time is needed for trial in accordance with the Speedy Trial Act.
- Proceedings continued to: <u>August 22, 2006 at 1:30 p.m.</u>
- Defendant released on the same conditions previously imposed.

NOTES: