LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANI C. HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00016<br><br>**MOTION TO WITHDRAW STIPULATION AND JUSTIFICATION FILED ON NOVEMBER 17, 2006** |

Defendant LEILANI C. HOCOG, by and through her defense counsel, Anthony C. Perez, Esq. of the law office of LUJAN AGUIGUI & PEREZ LLP, requests that the Stipulation and Justification filed in the above case on November 17, 2006 be withdrawn. This request is based on the fact that the documents were inadvertently filed under this caption and should have been filed under *USA v. Leilani C. Hocog*, Criminal Case No. CR06-00034, which has been corrected.

Respectfully submitted this 20th day of November, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
ANTHONY C. PEREZ, ESQ.
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/ACP:eol