**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LEILANI C. HOCOG,<br><br>　　　　　　　Defendant. | CRIMINAL CASE NO. 06-00016<br><br>**ORDER**<br>**Granting Motion to Withdraw Stipulation to Continue Sentencing and Related Justification** |

For good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Withdraw filed on November 20, 2006, is hereby granted. The stipulation to continue sentencing and the related justification, which were filed and/or lodged on November 17, 2006, are hereby withdrawn.

Dated: November 21, 2006

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**