# ORIGINAL

1   leilanihocoguns

2   LEONARDO M. RAPADAS
    United States Attorney
3   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910
    TEL: (671) 472-7332
6   FAX: (671) 472-7334

7   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2007

MARY L.M. MORAN
CLERK OF COURT

8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00016
                                     )
13                  Plaintiff,       )
                                     )
14          vs.                      )  **APPLICATION TO UNSEAL RECORD**
                                     )
15  LEILANI CHRISTINE HOCOG,         )
                                     )
16                  Defendant.       )
                                     )

17

18
         COMES NOW the United States and moves this Honorable Court for an Order unsealing the
19
    record in the above-entitled cause for the reason that the investigation in this case is now complete
20
    and there is no further reason for these proceedings to remain secret.
21
         Respectfully submitted this 4th day of May 2007.
22

23                                   LEONARDO M. RAPADAS
                                     United States Attorney
24                                   Districts of Guam and NMI

25               By:
                                     ROSETTA L. SAN NICOLAS
26                                   Assistant U.S. Attorney

27

28