LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00016 |
| Plaintiff, ) | |
| vs. ) | **ORDER TO UNSEAL RECORD** |
| LEILANI CHRISTINE HOCOG, ) | |
| Defendant. ) | |

The United States' Motion to Unseal Record as to defendant, LEILANI CHRISTINE HOCOG, is hereby granted.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: May 04, 2007**