LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00016 |
| Plaintiff, ) | |
| ) | **ORDER TO DISMISS** |
| vs. ) | **INDICTMENT** |
| ) | |
| LEILANI CHRISTINE HOCOG, ) | |
| Defendant. ) | |

The United States' Motion to Dismiss the Indictment as to defendant, LEILANI CHRISTINE HOCOG, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 04, 2007